Complaint Form

State of Indiana
County of Marion

Warden Hyatte, Deputy Warden Payne;
Wexford Health Care Service;
Provider Kim Myers; Dr. Macauley;
Dr. Kruenzli; Wexford Executives, Mrs. Faye
and Mrs. Ivers
          Defendants,

          vs

State of Indiana
          Plaintiff,

In The United States District Court
Southern District of Indiana
Indianapolis Division

Cause no    1:23-cv-00145-TWP-TAB

**FILED**
**01/24/2023**
**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

A. Parties

1. Plaintiff is a citizen of Correctional Industrial Facility, 5124 W. Reformatory Road, Pendleton Indiana 46064.

2. Defendants worked at Miami Correctional Facility, 3038 W. 850 South, Bunker Hill Indiana 46914

3. Defendants          - Work Place          Job Title

Warden Hyatte
Deputy Warden Payne
Wexford Health Care Service
Provider Kim Myers
Dr. Macandet
Dr. Kuunzli
Wexford Directives Mrs Faya and Mrs. Ivees

<u>Inadequate Medical Care; Deliberate Indifference; Denial
Prescribed Medications; Equal Protection; Cruel and unusual Punishment
Failure to Protect; Violating Constitutional and Protected Const. Rights</u>

Statement of Claim

1. Plaintiff alleges that the following Defendants were officially and individually involved and they acted under the color of state law at the time of incident. Defendants didn't follow his Dermatologist and his Surgeons "prescribed/Ordered" antibiotic treatment by I.V. (Picc-line) for his serious MRSA disease Wexford HSA; MD Kluenzli; MD Marandet; Directive Mrs. Ivers; Directive Mrs. Frye; Rn. Debbie; Rn Sherri; Provider Kim Myers

2. On 1-15-16, Plaintiff had an emergency back surgery at St. Vincent Hospital in Anderson Indiana, for a non-healing surgical Laminectomy wound (purulent drainage) back wound. Cultures were taken of the open wound and it was determined by MD Ezapi Mahamid AFZad on 1-15-16, (a infection disease Dr.) revealed that Plaintiff had sepsis sx, to the lower back that developed s/p laminectomy (mrsa internal in his back) see medical records.

3. On 1-20-16, St. Vincent Hospital and Plaintiff's doctors sent him to Miami Correctional Facility, Wexford Health Care Service infirmary ward, to recieve (6) wks of Vancomyein antibiotics, 1.25g/250 mL, by IV picc-line. From their Health Care Service

4. On 3-3-16, Plaintiff was released from their infirmary (I) wk early after recieving on 43 days of his prescribed Vancomycin 1.25g antibiotic treatment. Defendants told him that his MRSA are no longer in his blood but his skin is colonized with staph aureus and that he will have it on his skin for the rest of his life. Defendants released him from their infirmary with no Medical Instructions how to treat or care for injuries. See medical records.

5. Prior to being released from their infirmary, Plaintiff had a follow up visit with his Dermatologist/Surgeon at St. Vincent Hospital. Plaintiffs doctors examined his wounds and they revealed his wounds are healing good and no infection or drainage occurred from his wounds.

6. Since March of 2016, Plaintiff had extreme reoccurring breakouts on his face, ear, and buttocks of boils, lesions, sores, and cysts. See medical entries.

7. Defendants interfered with Plaintiff's enjoyment of the right to make or withhold informed consent to proposed medical treatment. In Plaintiff's case, the basis alleged for this cause of action are Wexford, Dr. Mirandet, Dr. Bluenzli, Provider Kim Myers, Wexford: Directive, Mrs. Faye and Mrs. Ivers refusal to send him back to his Dermatologist and Surgeon at St. Vincent Hospital in Anderson Indiana or to an outside physician. They refused to take cultures of his reoccurring boils, cysts, lesions, sores and open wounds on his face, buttocks and skin. Blood tests and cultures were denied by defendants after repeated requests from Plaintiff. No medical treatment and given to him so that he could recieve daily medical treatment 2x a day for the reoccurring boils, cysts, lessions, etc. Defendants didn't want Plaintiff to know that he still had MRSA after informing him on 3-13-16 that he no longer had MRSA only staph.

8. Defendants discriminated, failed to provide him with equal medical care treatment/cares like other offenders whom was a chronic patient in Vhsic care. They violated his Const. Rights and Protected Rights. Their Deliberate Indifference to his prescribed/Ordered IV Vancomycin antibiotic treatment by picc-line and medical care treatment for his MRSA open wounds, lesions, boils, cysts, right ear amounted to cruel and unusual punishment

Defendants refused to give him a medical treatment card so that he can be called over to their infirmary every day (2x a day) to recieve bandage changes, cleansings of injuries/wounds for his left ear and reoccuring wounds, breakouts that reoccured on his skin, face and buttocks since he was released from there infirmary march of 2016. His medical records will support the correct facts in this complaint. None of Defendants medication or medical regiminas worked none of the years since being released from their infirmary for the reoccuring breakouts, and for the MRSA. Plaintiff was prescribed 3 to 4 different kinds of antibiotics. None of them worked. They refused to submit Him back into their infirmary so that he could recieve the full (6) six weeks of the prescribed/Ordered Vancomycin 1.25g/250 mL antibiotics by IV by picc-line that his Dermatologist/Surgeon sent him to Wexford Health Care Service Infirmary Wred at Miami Corr. Facility to recieve on 1-20-16, for 53 days.

9. Defendants refused to send Plaintiff outside the facility for help. He kept asking and requesting for them to do so. Defendants finally drawn his blood to see if the MRSA are still in his blood cells are on the inside of his skin. They refused to give him a positive or negative blood result report so that he can know how severity of the MRSA. Defendants told plaintiff that the lab results didnt come back one time and that the blood result test came up missing another time after they had my blood drawn and the blood sent out to

be tested a 2nd or 3rd time. They withheld information from him that he still had MRSA. Plaintiff are suffering irreversible and damaging effects from the disease (physically, mentally) and he suffers from pain / mental anguish. He has a permanent knot on his left ear lobe from the inadequate medical care defendants given to him when the infected boil developed on his left ear. He also have permanent keyed-scored knots on his face, body and buttocks due to the scared tissues that came about due to the non medical care treatment for the reoccurring lesions, pus pockets in his blood, boils, open wounds, sores and breakouts that continues to reoccur due to this MRSA disease. See medical records.

10. Plaintiff chronic colonized MRSA disease that are going untreated and went untreated when he was in defendants care since being released from their Infirmary March of 2016 are objective and are serious medical injuries that needs adequate medical care treatment. Plaintiffs attached affidavits states as of today (1-2-23) that he still suffers - suffers significantly from pain and drastic worsening of symptoms due to Dr. Kluenzli; Dr. Mkanndet; Provider Kim Myers; Wexford Directives (Mrs. Faye and Mrs. Ivers) delaying & refusing him medical care and refusing to give him the prescribed/ordered Vancomycin 1.25g / 250 mL antibiotics by Iv picc-line that his Dermatologist/Surgeon ordered Defendants to give him before transferring him to their medical infirmary so that he can receive the __ days of required antibiotic treatment for the MRSA he carries.
This MRSA are still causing swelling and pain that causes him to not be able to eat. This noticeable swelling in his face causes him to repeatedly cry out for help. This MRSA hasnt been treated rightfully since they removed him from their infirmary March of 2016. The numerous antibiotics by mouth Defendants prescribed to him

by mouth didnt work. Defendants refused to place him back into their infirmary so he can recieve the full-time period of Vancomycin antibiotics by IV Picc-line that both of his St. Vincent Doctors prescribed/ordered Defendants to give to him on 1-20-16. (This is the day Defendants agreed to except him into their Infirmary Ward to provide post-op treatment and prescribed vancomycin antibiotics to him). See medical Records.

11. MRSA is an contagious disease. Defendants refused to treat him for his reoccurring open wounds, lesions, boils, and cysts that kept reoccuring on his face and buttocks. They never cleaned, rinsed or given Plaintiff any bandage changes at all for his serious open wounds. He was never placed in a healthy environment-isolating him from other offenders so they couldnt catch or be imposed to the MRSA. The Warden, Deputy Warden nor did the Defendants give any of Miami Correctional Facility (Cell-houses) staff any medical Instructions or "Orders" to make sure Plaintiff has bleach at all times so that he can keep his cell, toilet, and sink clean so that he couldnt subject his bunky to this MRSA. Plaintiff have been assaulted by his bunkies because they were scared to catch his MRSA - Scared that Plaintiff gave them his MRSA. The thought of his cell-mates catching his MRSA made them act out and assault Plaintiff. Defendants already have not taken any precautions to keep his cell-mates from catching it.

12. Defendants taken no steps to make sure Plaintiffs open wounds on his face or buttocks were covered with bandages. Patients secretious-MRSA are who has diseases cannot be controlled are likely to contaminate the environment. If a wound is draining - a culture is performed. Hibercleanse soap is supplied and used when needed. The wound is covered with a gauze bandage. Dirty

bandages are deposited in a Red Bio hazard can or jar. Disinfected cleanser must be available at all times. See medical Records. No instructions/Orders given by The Warden, Deputy Warden or by Defendants were made available to him or Miami Correctional Facility staff where Plaintiff was housed at to prevent the spreading of his MRSA to other offenders or staff.

13. The IDOC has a MRSA infection Control Policy in place. The basic elements of which are when Health Care Service of an Institutional Facility is notified of a possible MRSA infection. The affected inmate is called to the Health Care Service (Like Wexford) for examination, evaluation and or treatment. If a wound is draining - a culture is obtained and sent to the laboratory. The inmate is started on antibiotics and informed of ways to prevent and the spreading of the infection. The wound is covered and the dressing is changed according to need. The inmate cannot use recreation equipment or go to work. If the wound cannot be contained by dressings - the inmate is confined to his Unit with infection Control measure in place until the wound is no longer draining. Inmates arent informed of the MRSA status of other inmates due to the right of Health Care Record Privacy. A wound that is contained or closed and not draining - doesnt present a risk to other inmates. Antibiotics resistant bacteria including MRSA is common throughout the prison system and many inmates carry this bacteria on their skin - making any attempt to determine where MRSA bacteria is contracted purely speculative, per Wisconsin Eastern District Court MRSA infection Control Policy.

14. Defendants Deliberate indifference to his serious MRSA disease and their refusal to provide him with medical care and his prescribed/Ordered Antibiotics from his St. Vincent Doctors amounted to Cruel and unusual Punishment. They discriminated and didnt treat him equal as other patients who were in their care. They

allowed his MRSA to worsen to the point that he is colonized and still recieving MRSA treatment/antibiotics for his MRSA disease. Centurion Health Care Service in Sept of 2022, took cultures of the open wound on his face, the blood results came back that Plaintiff was positive for MRSA. See medical Records and Health Care Forms #365835, and #365525 (dated 9-22-22). Exhibit I and Exhibit II

Complaint-2

C. Jurisdiction

I am suing under State Law. The State citizenship of the Plaintiff is different from the State citizen of every defendant and the amount of money at stake in this case not counting interest and cost is Million dollar.

D. I want to be compensated for my permanent injuries

Complaint-3

E. Jury Demand

I would like a Judge or Jury to hear my case

Dated 1-22-2023

Respectfully Submitted

Raymond McBurn

Raymond McBurn
CIF
5124 W. Reformatory Road
Pendleton Indiana 46064

I request to Proceed in the Madison County Circuit Court without prepaying the filing fee

Wherefore the petitioner, Raymond McGraw, prays that this Honorable Court to grant relief in his favor and all other relief to which the defendant is entitled

Respectfully Submitted
Raymond McGraw
Raymond McGraw

## Certificate of Service

I, Raymond McGraw, do hereby swear under the penalties of perjury that on this January 24, 2023, I served a true and correct copy of the foregoing Civil Complaint upon the opposing party, Madison County Circuit Court,
by depositing copy of the same in the U.S. mail with First Class Postage prepaid on January 24, 2023

Miami Corr. Facility
3038 W. 850 South
Bunkerhill Ind 46914

## Attached Exhibits

Medical Forms no. one (1) and no. two (2)
Letter to Medical Directive of Wexford/HSA, Mrs. Faye, dated: 9-3-19 and 7-1-20
Declation of Raymond McGann
Medical Records / medical Forms
Affidavit Permanent injury
Affidavit of Civil Complaint
letter to Mrs. Ivers, Medical Directive of Wexford; HSA, dated 8-5-20